**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Red Rock Industries, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **11-3626333** |

4. Debtor's address

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **84 Southwoods Road**<br>**Woodbury, NY 11797**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Red Rock Industries, Inc.**                          Case number (*if known*) _____
_____Name_____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____1541_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

---

| Debtor | **Red Rock Industries, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| List all cases. If more than 1, attach a separate list | Debtor | **Structure Industries, Inc.** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **E.D.N.Y.** | When | Case number, if known |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Red Rock Industries, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/18/26
MM / DD / YYYY

X _Domenico Del Monaco_      Domenico Del Monaco, Jr.
Signature of authorized representative of debtor      Printed name

Title    **President**

---

**18. Signature of attorney**

X _[signature]_      Date 2/18/26
Signature of attorney for debtor      MM / DD / YYYY

**Marc A. Pergament**
Printed name

**Weinberg, Gross & Pergament LLP**
Firm name

**400 Garden City Plaza**
**Suite 309**
**Garden City, NY 11530**
Number, Street, City, State & ZIP Code

Contact phone    **(516) 877-2424**      Email address    **mpergament@wgplaw.com**

Bar number and State

---

Fill in this information to identify the case:

Debtor name    **Red Rock Industries, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/18/26        x  _Del Monaco_
                                Signature of individual signing on behalf of debtor

                                **Domenico Del Monaco, Jr.**
                                Printed name

                                **President**
                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name **Red Rock Industries, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 Star 276 Newton Road Plainview, NY 11803 | | | | | | $35,000.00 |
| Alliance Funding Group c/o Foster & Wolkind, P.C. 80 Fifth Avenue, Suite 1401 Attn:  Brian Wolkind, Esq. New York, NY 10011 | | | | | | $635,709.34 |
| Allied World Assurance Company, Inc. 199 Water Street New York, NY 10038 | | | Disputed | | | $50,000.00 |
| American Express National Bank c/o Zwicker & Associates, P.C. 1225 Franklin Avenue, Suite 260 Garden City, NY 11530 | | | | | | $54,094.27 |
| American Express National Bank c/o Zwicker & Associates, P.C. 1225 Franklin Avenue, Suite 260 Garden City, NY 11530 | | | | | | $28,645.95 |

Debtor  **Red Rock Industries, Inc.**
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Century Building Supply 275 E. Sunrise Highway Lindenhurst, NY 11757 | | | | | | $31,000.00 |
| Ciro Bozzo Tiling 244-11 88th Drive Bellerose, NY 11426 | | | | | | $48,903.45 |
| Combined Resources 1 Park Drive Melville, NY | | | Disputed | | | $133,784.00 |
| First Insurance Funding P.O. Box 7000 Carol Stream, IL 60197 | | | Disputed | | | $179,098.34 |
| GV Structures 185 McKinley Drive Mastic Beach, NY 11951 | | | Disputed | | | $49,050.00 |
| Intsel PO Box 301212 Dallas, TX 75201 | | | | | | $432,994.97 |
| Island Steel & Detailing 190 Weeks Avenue Manorville, NY 11949 | | | | | | $290,175.98 |
| Larry Construction 630 Mount Avenue West Babylon, NY 11704 | | | Disputed | | | $182,150.00 |
| M&V Concrete Contracting Corp. PO Box 527 Medford, NY 11763 | | | | | | $131,278.00 |
| Mimoza Corp. 1087 Massachusetts Avenue Arlington, MA 02476 | | | | | | $29,300.00 |
| Options Contracting 699 Adele Place Baldwin, NY 11510 | | | | | | $97,035.00 |
| Pete's Towing 29 Rushmore Street Westbury, NY 11590 | | | | | | $46,272.00 |

Debtor   **Red Rock Industries, Inc.**                         Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **St. Mary's Cement U.S. LLC c/o Fishkin Lucks LLP The Woolworth Buiding 233 Broadway, Suite 820 New York, NY 10279** | | | | | | $365,000.00 |
| **United Site Services P.O. Box 735008 Dallas, TX 75373** | | | **Disputed** | | | $30,942.38 |
| **Webfund LLC c/o Lieberman and Klestzick, LLP 381 Sunrise Highway, Suite 302 Lynbrook, NY 11563** | | | **Disputed** | | | $525,000.00 |

Fill in this information to identify the case:

Debtor name   **Red Rock Industries, Inc.**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF NEW YORK**

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ally**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2019 Ford F550- 165,122 miles** | **$17,656.44** | **$20,000.00** |
| **P.O. Box 380902**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Arrow Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2023 Land Range Rover - 47,252 Miles** | **$86,080.00** | **$74,860.00** |
| **251 State Street**<br>**Schenectady, NY 12305**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | **Red Rock Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Equify Financial LLV** |
|---|---|
| | Creditor's Name |

**6500 W. Freeway**
**Fort Worth, TX 76116**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**See attached.**

$256,796.00   $15,150.00

Describe the lien
**UCC**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Financial Pacific Leasing Inc.** |
|---|---|
| | Creditor's Name |

**P.O. Box 4568**
**Federal Way, WA 98001**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

$0.00   $0.00

Describe the lien
**UCC**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Mercedes Benz Financial** |
|---|---|
| | Creditor's Name |

**P.O. Box 5209**
**Carol Stream, IL 60197**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2024 Mercedes Benz G63 - 27,488 miles**

$141,000.00   $172,460.00

Describe the lien
**UCC**
Is the creditor an insider or related party?
- ■ No

---

| | **EQUIFY** |
|---|---|
| | **Model** |
| | |
| 2018 | Komatsu PC45MR-5 |
| 2020 | Gorilla GXS70 Hydraulic Hammer |
| 2021 | Komatsu PC88MR-11 Hydraulic Excavator \| Gorilla GXS90 Hammer |
| 2008 | Caterpillar CB-214D Roller |
| 2004 | Komatsu PC308USLC-3 Excavator |
| 2005 | Lull IT-54 Telescopic 54' Lift |
| 2007 | Komatsu PC228USLC-3EO Excavator |
| | Lull Extension Jobb w/ Winch |
| 2016 | Komatsu PC35MR-3 KM Excavator |
| 2015 | Gorilla GXS60 Hydraulic Hammer |
| | JLG Miller CST280A Stick Sky Weldr For JLG 450AJ Boomlift |
| | JLG 2632ES Electric Scissor |
| | JLG 2032ES Electric Scissor |
| | JLG 450AJ SII 45' Art Manlift W/ Jib |
| 2007 | Hyster H250HD Forklift \| Precast |
| 2020 | Bobcat T770 Compact Track Loader |
| 2019 | Bobcat MT85 |
| 2018 | Bobcat T770 Compact Track Loader |
| | Komatsu PC55MR-5 |
| 2020 | MultiQuip DCA45SSIU4f GEN 45KVA Isuzu Tier 4F |
| 2013 | Toyota Forklift for yard at 84 |
| | Airman 125KW Generator for Screener \| Precast |
| 2015 | Skyjack Scissor Lift 19' Electric Model: SJIII3219 |
| 2015 | Skyjack Scissor Lift 24'-26'  Electric Model: SJIII3226 |
| 2015 | Skyjack Scissor Lift 24'-26'  Electric Model: SJIII3226 |
| 2017 | Miller Electric Welder ARC 500 AMP DSL/GAS Model: Big Blue 500PF |
| 2020 | Izusu 36KW Diesel Generator Model: DCA45SSIU4F |
| | Cuts SS3600 Concrete Saw |
| | Premier HO75D Auger Drive |
| 2019 | Multiquip Buggy 15-19 Cubic Feet Powered Wheel Model: WBH-16EF |
| | Miller Electric Trailblazer 325 w/ Kholer |
| | Kenworth Tractor |
| | Trail-Eze Trailer |

Debtor    **Red Rock Industries, Inc.**                                    Case number (if known) _____
          Name

Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                   ☐ No

**Last 4 digits of account number**          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**             **As of the petition filing date, the claim is:**
                                            Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.6 | **Overnight Capital LLC** | Describe debtor's property that is subject to a lien | $156,851.00 | $1.00 |
|-----|---------------------------|-----------------------------------------------------|-------------|-------|

Creditor's Name

**c/o Zachary Eisner, Esq.
Eisner Law PLLC
1688 Meridian Avenue,
Suite200
Miami Beach, FL 33140**

Describe debtor's property that is subject to a lien
**Accounts Receivables, Credit Card
Receivables, Chattel Paper, Inventory,
Equipment, Insturments including
Promissory Notes, Investment Properties,
Documents, Deposits Accounts, Letter of
Credits, General Intangibles**

Creditor's mailing address

Describe the lien
**UCC**
**Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                   ☐ No
                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**             **As of the petition filing date, the claim is:**
                                            Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ■ Disputed
priority.

---

| 2.7 | **Park Plaza Holdings LLC** | Describe debtor's property that is subject to a lien | $987,000.00 | $170,000.00 |
|-----|-----------------------------|-----------------------------------------------------|-------------|-------------|

Creditor's Name

**910 Thompson Drive
Bay Shore, NY 11706**

Creditor's mailing address

Describe the lien
**UCC**
**Is the creditor an insider or related party?**

                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                   ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**             **As of the petition filing date, the claim is:**
                                            Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ■ Disputed
priority.

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 3 of 6

| Debtor | **Red Rock Industries, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.8 | **PNC Bank, National Association** | Describe debtor's property that is subject to a lien | $40,000.00 | $55,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**655 Business Center Drive, Suite 250**
**Horsham, PA 19044**
Creditor's mailing address

**2 Bobcat T770 Compact Track Loader**

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **RBLX Funding** | Describe debtor's property that is subject to a lien | $56,000.00 | $1.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**500 W. Putnam Avenue**
**Suite 400**
**Greenwich, CT 06830**
Creditor's mailing address

**Equipment, Fixtures, Inventory, Accounts, Accounts Receivables, Credit Card Receivables, Chattel Paper, Documents, Instruments, Investment Property, General Intangibles, Letter of Credit Rights and Deposit accounts**

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $216,204.00 | $137,500.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**P.O. Box 35701**
**Billings, MT 59107**
Creditor's mailing address

**Bobcat MT100 Mini Track Loader, Bobcat NB140s, Bobcat Skid Steer Loaders, Angle Broom, Angiel Blade, Bobcat Skid Stear Loaders, Bobcat Compact Wheel Loaders, Bobcat T770 Compact Track Loaders**

Describe the lien
**UCC**

**Debtor** **Red Rock Industries, Inc.**
Name

**Case number** (if known) _____

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known _____

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **Westwood Funding Solutions, LLC** | Describe debtor's property that is subject to a lien | $132,524.00 | $1.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Lieberman and Klestzick, LLP**
**381 Sunrise Highway, Third Floor**
**Garden City, NY 11530**

Creditor's mailing address

Creditor's email address, if known _____

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Accounts and Accounts Receivable, Guaranties, Insurance and securities for such accounts, all security reserves related to accounts, Chattel Papers, Instruments, General Intangibles, Securities and contract rights, Equipment, Inventory**

Describe the lien
**UCC**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **Xerox** | Describe debtor's property that is subject to a lien | $10,034.91 | $2,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o JSD Management**
**1283 College Park Drive**
**Dover, DE 19904**

Creditor's mailing address

Creditor's email address, if known _____

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**Copier**

Describe the lien
**UCC**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Debtor  **Red Rock Industries, Inc.**
       Name

Case number (if known) _____

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $2,100,146.35 |
|---|

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Overnight Capital LLC**<br>**124-17 Metropolitan Avenue**<br>**Kew Gardens, NY 11415** | Line _2.6_ | |
| **Westwood Funding Solutions LLC**<br>**4601 Sheridan Street, Suite 501**<br>**Hollywood, FL 33021** | Line _2.11_ | |
| **Xerox Financial Services**<br>**P.O. BOx 202882**<br>**Dallas, TX 75320** | Line _2.12_ | |

**Fill in this information to identify the case:**

Debtor name  **Red Rock Industries, Inc.**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF NEW YORK**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$469,706.00** | **$469,706.00** |
|  | **Internal Revenue Service** **Special Procedures** **2 Metro Tech Center** **100 Myrtle Avenue** **Brooklyn, NY 11201** | ☐ Contingent ☐ Unliquidated ■ Disputed |  |  |
|  | Date or dates debt was incurred **2019 - 2022** | Basis for the claim: **Payroll Taxes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525,000.00** | **$525,000.00** |
|  | **NYS Dept. of Taxation & Finance** **Bankruptcy Unit,** **Special Procedures** **P.O. Box 5300** **Albany, NY 12205-0300** | ☐ Contingent ☐ Unliquidated ■ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **Sales Tax, Payroll Taxes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |  |  |

| Debtor | **Red Rock Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,500.00 | $6,500.00

**NYS Insurance Fund**
P.O. Box 5519
Binghamton, NY 13902

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,526.27 | $7,526.27

**State of Connecticut**
**Department of Revenue Services**
**450 Columbus Blvd. Suite 1**
**Hartford, CT 06103-1837**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00

**4 Star**
**276 Newton Road**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.14

**Airweld**
**94 Marine Street**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,200.00

**AJB Construction**
**450 Pennsylvania Avenue**
**Roosevelt, NY 11575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Red Rock Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address

**Alliance Funding Group**
c/o Foster & Wolkind, P.C.
80 Fifth Avenue, Suite 1401
Attn:  Brian Wolkind, Esq.
New York, NY 10011

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$635,709.34**

---

**3.5** | Nonpriority creditor's name and mailing address

**Alliant Insurance Services**
P.O. Box 8377
Pasadena, CA 91109

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,587.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Allied World**
1690 New Britain Avenue
Farmington, CT 06032

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,327.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**Allied World Assurance Company, Inc.**
199 Water Street
New York, NY 10038

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**American Express National Bank**
c/o Zwicker & Associates, P.C.
1225 Franklin Avenue, Suite 260
Garden City, NY 11530

Date(s) debt was incurred _

Last 4 digits of account number **2025**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$28,645.95**

---

**3.9** | Nonpriority creditor's name and mailing address

**American Express National Bank**
c/o Zwicker & Associates, P.C.
1225 Franklin Avenue, Suite 260
Garden City, NY 11530

Date(s) debt was incurred _

Last 4 digits of account number **2025**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$54,094.27**

---

**3.10** | Nonpriority creditor's name and mailing address

**Amsco Air**
1438 Richland Boulevard
Bay Shore, NY 11706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$28,019.96**

---

Debtor    **Red Rock Industries, Inc.**                                    Case number (if known) _____
        Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,600.00 |
|---|---|---|---|

**Best Carpeting**
145 Evergreen Avenue
Bethpage, NY 11714

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,299.66 |
|---|---|---|---|

**Big Apple Masonry**
55 E. 2nd Avenue
Mineola, NY 11501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,000.00 |
|---|---|---|---|

**Century Building Supply**
275 E. Sunrise Highway
Lindenhurst, NY 11757

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,903.45 |
|---|---|---|---|

**Ciro Bozzo Tiling**
244-11 88th Drive
Bellerose, NY 11426

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,166.00 |
|---|---|---|---|

**Combined Resources**
155 1st Street
Mineola, NY 11501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,784.00 |
|---|---|---|---|

**Combined Resources**
1 Park Drive
Melville, NY

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Construction Specialties**
PO Box 736355
Dallas, TX 75201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Red Rock Industries, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | |
| --- | --- | --- | --- |
| **3.18** | **Nonpriority creditor's name and mailing address**<br>**DJT Development LLC**<br>**c/o Zabell & Collotta, P.C.**<br>**One Corporate Drive, Suite 203**<br>**Bohemia, NY 11716**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,200.00** |
| **3.19** | **Nonpriority creditor's name and mailing address**<br>**Edgewood Industries**<br>**PO Box 360**<br>**Carle Place, NY 11514**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,152.00** |
| **3.20** | **Nonpriority creditor's name and mailing address**<br>**Experian**<br>**475 Anton Boulevard**<br>**Costa Mesa, CA 92626**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,312.00** |
| **3.21** | **Nonpriority creditor's name and mailing address**<br>**First Insurance Funding**<br>**P.O. Box 7000**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$179,098.34** |
| **3.22** | **Nonpriority creditor's name and mailing address**<br>**GFC**<br>**233 Belmont Avenue**<br>**W. Hempstead, NY 11550**<br><br>Date(s) debt was incurred ·<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,000.00** |
| **3.23** | **Nonpriority creditor's name and mailing address**<br>**Grainger**<br>**1 Park Drive**<br>**Melville, NY 11747**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,948.30** |
| **3.24** | **Nonpriority creditor's name and mailing address**<br>**GV Structures**<br>**185 McKinley Drive**<br>**Mastic Beach, NY 11951**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$49,050.00** |

| Debtor | **Red Rock Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,546.00**

**Hanover Insurance Group**
440 Lincoln Street
Worcester, MA 01653

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$460,983.26**

**Huntington National Bank**
c/o Womble Bond Dickinson LLP
 Fayetteville Street, Suite
Raleigh, NC 27601

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **002**

Basis for the claim:  **Deficiency Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,535.30**

**Huntington Plumbing**
310 Broadway
Huntington Station, NY 11746

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,336.21**

**Independant Equipment**
500 Shames Drive
Westbury, NY 11590

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$432,994.97**

**Intsel**
PO Box 301212
Dallas, TX 75201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3590**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$290,175.98**

**Island Steel & Detailing**
190 Weeks Avenue
Manorville, NY 11949

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,475.00**

**JT Shulman**
1 Old Country Road
Carle Place, NY 11514

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Red Rock Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182,150.00**

**Larry Construction**
**630 Mount Avenue**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,172.00**

**LI Builders Assoc**
**1757-8 Vets Memorial Highway**
**Islandia, NY 11749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Lincoln Financial**
**P.O. Box 220884**
**Pittsburgh, PA 15257**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Deficiancy on 2021 Nautilus**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,899.66**

**Lovell Safety Group**
**22 Cortlandt Street**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,500.00**

**Luis Peralta**
**14 Steamboat Road**
**Great Neck, NY 11024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$131,278.00**

**M&V Concrete Contracting Corp.**
**PO Box 527**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,515.00**

**M2C Refrigeration**
**100 East Street**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Red Rock Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,030.00 |
|---|---|---|---|
| | **Mazo Plumbing**<br>**140-14 Keyland Court**<br>**Bohemia, NY 11716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,824.00 |
|---|---|---|---|
| | **MC Concrete Pumping**<br>**35 Old Montauk Highway**<br>**Mastic, NY 11950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,300.00 |
|---|---|---|---|
| | **Mimoza Corp.**<br>**1087 Massachusetts Avenue**<br>**Arlington, MA 02476** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,610.00 |
|---|---|---|---|
| | **Northcoast Civil**<br>**23 Spring Street**<br>**Oyster Bay, NY 11771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,366.12 |
|---|---|---|---|
| | **NY Life**<br>**P.O. Box 139051**<br>**Dallas, TX 75313** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,384.95 |
|---|---|---|---|
| | **Oceanside Mason**<br>**7 Hampton Road**<br>**Oceanside, NY 11560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,035.00 |
|---|---|---|---|
| | **Options Contracting**<br>**699 Adele Place**<br>**Baldwin, NY 11510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Red Rock Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,600.00** |
|---|---|---|---|

**Perfect City Gates**
349A Union Avenue
Westbury, NY 11590

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,272.00** |
|---|---|---|---|

**Pete's Towing**
29 Rushmore Street
Westbury, NY 11590

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Rabco Engineering**
8 W. Merrick Road
Freeport, NY 11520

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,818.00** |
|---|---|---|---|

**Site Design Consultants**
251F Underhill Avenue
Yorktown Heights, NY 10598

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,149.53** |
|---|---|---|---|

**Slacke Test Boring**
PO Box 64
Kings Park, NY 11754

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,347.00** |
|---|---|---|---|

**Soiltesting Inc.**
90 Donovan Road
Oxford, CT

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,452.00** |
|---|---|---|---|

**Speedway Concrete**
140 Marine Street
Farmingdale, NY 11735

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Red Rock Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365,000.00**

St. Mary's Cement U.S. LLC
c/o Fishkin Lucks LLP
The Woolworth Building
233 Broadway, Suite 820
New York, NY 10279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Judgment__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$638.93**

Uline
P.O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,712.00**

United Benefit Fund
40-26 235th Street
Little Neck, NY 11363

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

United Interiors
152 Depot Road
Huntington Station, NY 11746

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,942.38**

United Site Services
P.O. Box 735008
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,393.00**

Valley Van
622 W. Merrick Road
Valley Stream, NY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,412.23**

Verizon
c/o McCarthy Burgess & Wolff
The MB&W Building
26000 Cannon Road
Cleveland, OH 44146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Red Rock Industries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525,000.00 |
|---|---|---|---|
| | **Webfund LLC** <br> **c/o Lieberman and Klestzick, LLP** <br> **381 Sunrise Highway, Suite 302** <br> **Lynbrook, NY 11563** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Westwood Funding Solutions LLC** <br> **4601 Sheridan Street, Suite 501** <br> **Hollywood, FL 33021** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | **Workers' Compensation Board State of NY** <br> **328 State Street** <br> **Schenectady, NY 12305-2318** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gorlick, Kravitz & Listhaus, P.C.** <br> **29 Broadway, 20th Floor** <br> **New York, NY 10006** | Line **3.55** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Lieberman and Klestzick, LLP** <br> **381 Sunrise Highway, 3rd Floor** <br> **Lynbrook, NY 11563** | Line **3.61** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Romano & Associates** <br> **350 Old Country Road** <br> **Suite 205** <br> **Garden City, NY 11530** | Line **3.37** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **Solomon Richman P.C.** <br> **3000 Marcus Avenue** <br> **Suite 1E5** <br> **Lake Success, NY 11042** | Line **3.15** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.5 | **State of New York** <br> **Office of Attorney General** <br> **28 Liberty Street, 1st Floor** <br> **New York, NY 10005** | Line **2.2** <br><br> ☐ Not listed. Explain ____ | _ |

| Debtor | Red Rock Industries, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **U.S. Department of Justice**<br>**Tax Division**<br>**Box 55**<br>**Ben Franklin Station**<br>**Washington, DC 20044** | Line __2.1__<br>☐  Not listed. Explain ____ | __ |
| 4.7 | **United States Attorney**<br>**Chief of Civil Division**<br>**271 Cadman Plaza**<br>**Brooklyn, NY 11201** | Line __2.1__<br>☐  Not listed. Explain ____ | __ |
| 4.8 | **United States Attorney's Office**<br>**Eastern District of New York**<br>**610 Federal Plaza, 5th Floor**<br>**Attn:  Long Island Bankruptcy Processing**<br>**Central Islip, NY 11722-4454** | Line __2.1__<br>☐  Not listed. Explain ____ | __ |
| 4.9 | **Zwicker & Associates, P.C.**<br>**1225 Franklin Avenue**<br>**Suite 260**<br>**Garden City, NY 11530** | Line __3.9__<br>☐  Not listed. Explain ____ | __ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,008,732.27 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 4,305,099.93 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,313,832.20 |

Fill in this information to identify the case:

Debtor name    **Red Rock Industries, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment |
| | State the term remaining | |
| | List the contract number of any government contract | **Equify Financial** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 2 Bobcats |
| | State the term remaining | |
| | List the contract number of any government contract | **PNC Bank** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Equipment GPS |
| | State the term remaining | |
| | List the contract number of any government contract | **Samsara** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Equipment |
| | State the term remaining | |
| | List the contract number of any government contract | **Wells Fargo** |

| Debtor 1 | Red Rock Industries, Inc. | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Copiers/Scanners |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Xerox |

Fill in this information to identify the case:

Debtor name __Red Rock Industries, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each debt on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Domenico Del Monaco, Jr. | | Internal Revenue Service | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.2 | Domenico Del Monaco, Jr. | | NYS Dept. of Taxation & Finance | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.3 | Domenico Del Monaco, Jr. | | Westwood Funding Solutions, LLC | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Domenico Del Monaco, Jr. | | Webfund LLC | ☐ D _____<br>■ E/F __3.59__<br>☐ G _____ |
| 2.5 | Domenico Del Monaco, Jr. | | Overnight Capital LLC | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Red Rock Industries, Inc.** | | Case number *(if known)* | |

---

**■** Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                                      *Column 2:* Creditor

| | | | |
|---|---|---|---|
| 2.6 | **Domenico Del Monaco, Jr.** | **Equify Financial LLV** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Domenico Del Monaco, Jr.** | **RBLX Funding** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Domenico Del Monaco, Jr.** | **St. Mary's Cement U.S. LLC** | ☐ D ____<br>■ E/F __3.52__<br>☐ G ____ |
| 2.9 | **Domenico Del Monaco, Jr.** | **Mercedes Benz Financial** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Domenico Del Monaco, Jr.** | **Lincoln Financial** | ☐ D ____<br>■ E/F __3.34__<br>☐ G ____ |

## United States Bankruptcy Court
### Eastern District of New York

In re    **Red Rock Industries, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Domenico Del Monaco, Jr.** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    2/18/26

Signature    *Ddel monaco*
**Domenico Del Monaco, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of New York**

In re    Red Rock Industries, Inc.                                  Case No.
                                    Debtor(s)            Chapter    11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: _____

Domenico Del Monaco, Jr./President
Signer/Title

Date:    2/18/26

Signature of Attorney
Marc A. Pergament
Weinberg, Gross & Pergament LLP
400 Garden City Plaza
Suite 309
Garden City, NY 11530
(516) 877-2424   Fax: (516) 877-2460

USBC-44                                                        Rev. 9/17/98

4 Star
276 Newton Road
Plainview, NY 11803


Airweld
94 Marine Street
Farmingdale, NY 11735


AJB Construction
450 Pennsylvania Avenue
Roosevelt, NY 11575


Alliance Funding Group
c/o Foster & Wolkind, P.C.
80 Fifth Avenue, Suite 1401
Attn:  Brian Wolkind, Esq.
New York, NY 10011


Alliant Insurance Services
P.O. Box 8377
Pasadena, CA 91109


Allied World
1690 New Britain Avenue
Farmington, CT 06032


Allied World Assurance Company, Inc.
199 Water Street
New York, NY 10038


Ally
P.O. Box 380902
Minneapolis, MN 55438


American Express National Bank
c/o Zwicker & Associates, P.C.
1225 Franklin Avenue, Suite 260
Garden City, NY 11530


Amsco Air
1438 Richland Boulevard
Bay Shore, NY 11706

Arrow Bank
251 State Street
Schenectady, NY 12305


Best Carpeting
145 Evergreen Avenue
Bethpage, NY 11714


Big Apple Masonry
55 E. 2nd Avenue
Mineola, NY 11501


Century Building Supply
275 E. Sunrise Highway
Lindenhurst, NY 11757


Ciro Bozzo Tiling
244-11 88th Drive
Bellerose, NY 11426


Combined Resources
155 1st Street
Mineola, NY 11501


Combined Resources
1 Park Drive
Melville, NY


Construction Specialties
PO Box 736355
Dallas, TX 75201


DJT Development LLC
c/o Zabell & Collotta, P.C.
One Corporate Drive, Suite 203
Bohemia, NY 11716


Edgewood Industries
PO Box 360
Carle Place, NY 11514

Equify Financial LLV
6500 W. Freeway
Fort Worth, TX 76116


Experian
475 Anton Boulevard
Costa Mesa, CA 92626


Financial Pacific Leasing Inc.
P.O. Box 4568
Federal Way, WA 98001


First Insurance Funding
P.O. Box 7000
Carol Stream, IL 60197


GFC
233 Belmont Avenue
W. Hempstead, NY 11550


Gorlick, Kravitz & Listhaus, P.C.
29 Broadway, 20th Floor
New York, NY 10006


Grainger
1 Park Drive
Melville, NY 11747


GV Structures
185 McKinley Drive
Mastic Beach, NY 11951


Hanover Insurance Group
440 Lincoln Street
Worcester, MA 01653


Huntington National Bank
c/o Womble Bond Dickinson LLP
Fayetteville Street, Suite
Raleigh, NC 27601

Huntington Plumbing
310 Broadway
Huntington Station, NY 11746


Independant Equipment
500 Shames Drive
Westbury, NY 11590


Internal Revenue Service
Special Procedures
2 Metro Tech Center
100 Myrtle Avenue
Brooklyn, NY 11201


Intsel
PO Box 301212
Dallas, TX 75201


Island Steel & Detailing
190 Weeks Avenue
Manorville, NY 11949


JT Shulman
1 Old Country Road
Carle Place, NY 11514


Larry Construction
630 Mount Avenue
West Babylon, NY 11704


LI Builders Assoc
1757-8 Vets Memorial Highway
Islandia, NY 11749


Lieberman and Klestzick, LLP
381 Sunrise Highway, 3rd Floor
Lynbrook, NY 11563


Lincoln Financial
P.O. Box 220884
Pittsburgh, PA 15257

Lovell Safety Group
22 Cortlandt Street
New York, NY 10007


M&V Concrete Contracting Corp.
PO Box 527
Medford, NY 11763


M2C Refrigeration
100 East Street
Hicksville, NY 11801


Mazo Plumbing
140-14 Keyland Court
Bohemia, NY 11716


MC Concrete Pumping
35 Old Montauk Highway
Mastic, NY 11950


Mercedes Benz Financial
P.O. Box 5209
Carol Stream, IL 60197


Mimoza Corp.
1087 Massachusetts Avenue
Arlington, MA 02476


Northcoast Civil
23 Spring Street
Oyster Bay, NY 11771


NY Life
P.O. Box 139051
Dallas, TX 75313


NYS Dept. of Taxation & Finance
Bankruptcy Unit,
Special Procedures
P.O. Box 5300
Albany, NY 12205-0300

NYS Insurance Fund
P.O. Box 5519
Binghamton, NY 13902


Oceanside Mason
7 Hampton Road
Oceanside, NY 11560


Options Contracting
699 Adele Place
Baldwin, NY 11510


Overnight Capital LLC
c/o Zachary Eisner, Esq.
Eisner Law PLLC
1688 Meridian Avenue, Suite200
Miami Beach, FL 33140


Overnight Capital LLC
124-17 Metropolitan Avenue
Kew Gardens, NY 11415


Park Plaza Holdings LLC
910 Thompson Drive
Bay Shore, NY 11706


Perfect City Gates
349A Union Avenue
Westbury, NY 11590


Pete's Towing
29 Rushmore Street
Westbury, NY 11590


PNC Bank, National Association
655 Business Center Drive, Suite 250
Horsham, PA 19044


Rabco Engineering
8 W. Merrick Road
Freeport, NY 11520

RBLX Funding
500 W. Putnum Avenue
Suite 400
Greenwich, CT 06830


Romano & Associates
350 Old Country Road
Suite 205
Garden City, NY 11530


Site Design Consultants
251F Underhill Avenue
Yorktown Heights, NY 10598


Slacke Test Boring
PO Box 64
Kings Park, NY 11754


Soiltesting Inc.
90 Donovan Road
Oxford, CT


Solomon Richman P.C.
3000 Marcus Avenue
Suite 1E5
Lake Success, NY 11042


Speedway Concrete
140 Marine Street
Farmingdale, NY 11735


St. Mary's Cement U.S. LLC
c/o Fishkin Lucks LLP
The Woolworth Buiding
233 Broadway, Suite 820
New York, NY 10279


State of Connecticut
Department of Revenue Services
450 Columbus Blvd. Suite 1
Hartford, CT 06103-1837

State of New York
Office of Attorney General
28 Liberty Street, 1st Floor
New York, NY 10005


U.S. Department of Justice
Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044


Uline
P.O. Box 88741
Chicago, IL 60680


United Benefit Fund
40-26 235th Street
Little Neck, NY 11363


United Interiors
152 Depot Road
Huntington Station, NY 11746


United Site Services
P.O. Box 735008
Dallas, TX 75373


United States Attorney
Chief of Civil Division
271 Cadman Plaza
Brooklyn, NY 11201


United States Attorney's Office
Eastern District of New York
610 Federal Plaza, 5th Floor
Attn:  Long Island Bankruptcy Processing
Central Islip, NY 11722-4454


Valley Van
622 W. Merrick Road
Valley Stream, NY

Verizon
c/o McCarthy Burgess & Wolff
The MB&W Building
26000 Cannon Road
Cleveland, OH 44146


Webfund LLC
c/o Lieberman and Klestzick, LLP
381 Sunrise Highway, Suite 302
Lynbrook, NY 11563


Wells Fargo
P.O. Box 35701
Billings, MT 59107


Westwood Funding Solutions LLC
4601 Sheridan Street, Suite 501
Hollywood, FL 33021


Westwood Funding Solutions, LLC
c/o Lieberman and Klestzick, LLP
381 Sunrise Highway, Third Floor
Garden City, NY 11530


Workers' Compensation Board State of NY
328 State Street
Schenectady, NY 12305-2318


Xerox
c/o JSD Management
1283 College Park Drive
Dover, DE 19904


Xerox Financial Services
P.O. BOx 202882
Dallas, TX 75320


Zwicker & Associates, P.C.
1225 Franklin Avenue
Suite 260
Garden City, NY 11530

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

### STATEMENT PURSUANT TO LOCAL
### BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** **Red Rock Industries, Inc.**        **CASE NO.:** _____

       Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:     JUDGE:     DISTRICT/DIVISION: **E.D.N.Y.**

DEBTOR NAME: **Structure Industries, Inc.**

CASE STILL PENDING (Y/N):    **Y**       [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
                             (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____       [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                             (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____       [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

_____
**Marc A. Pergament**
Signature of Debtor's Attorney
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 309**
**Garden City, NY 11530**
**(516) 877-2424 Fax:(516) 877-2460**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.

## United States Bankruptcy Court
### Eastern District of New York

In re    Red Rock Industries, Inc.

Debtor(s)

Case No.

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Red Rock Industries, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Domenico Del Monaco, Jr.

☐ None [*Check if applicable*]

2/18/26

Date

Marc A. Pergament

Signature of Attorney or Litigant
Counsel for    Red Rock Industries, Inc.
Weinberg, Gross & Pergament LLP
400 Garden City Plaza
Suite 309
Garden City, NY 11530
(516) 877-2424 Fax:(516) 877-2460
mpergament@wgplaw.com

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Eastern District of New York

In re   **Red Rock Industries, Inc.** _____    Case No. _____
                                    Debtor(s)    Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | _____ |
| Prior to the filing of this statement I have received | $ | _____ |
| Balance Due | $ | _____ |

■ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **15,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **675.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):   **Maria Del Monaco**

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Red Rock Industries, Inc.**                                    Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

____2/18/26____

*Date*

**Marc A. Pergament**
*Signature of Attorney*
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 309**
**Garden City, NY 11530**
**(516) 877-2424   Fax: (516) 877-2460**
**mpergament@wgplaw.com**
*Name of law firm*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------X

IN RE:    Red Rock Industries, Inc.

                    Debtor(s)

---------------------------------------------X

Chapter    11

Case No.:

<u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>

I, Marc A. Pergament, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
|  | Initial interview, analysis of financial condition, etc. |
|  | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __675.00 per hour__.

Dated:

                    Marc A. Pergament
                    Attorney for debtor(s)
                    Weinberg, Gross & Pergament LLP
                    400 Garden City Plaza
                    Suite 309
                    Garden City, NY 11530
                    (516) 877-2424 Fax:(516) 877-2460
                    mpergament@wgplaw.com

**United States Bankruptcy Court**
Eastern District of New York

In re   Red Rock Industries, Inc.                                    Case No. _____

                                                    Debtor(s)      Chapter      11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Domenico Del Monaco, Jr.**, declare under penalty of perjury that I am the **President** of **Red Rock Industries, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 18 day of 2, 20 26

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Domenico Del Monaco, Jr., President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Domenico Del Monaco, Jr., President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Domenico Del Monaco, Jr., President** of this Corporation is authorized and directed to employ **Marc A. Pergament**, attorney and the law firm of **Weinberg, Gross & Pergament LLP** to represent the corporation in such bankruptcy case."

Date _____2/18/26_____          Signed ___Ddel Monaco___
                                              **Domenico Del Monaco, Jr.**