Resolution of Board of Directors
of
Red Rock Industries, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Domenico Del Monaco, Jr., President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Domenico Del Monaco, Jr., President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Domenico Del Monaco, Jr., President** of this Corporation is authorized and directed to employ **Marc A. Pergament**, attorney and the law firm of **Weinberg, Gross & Pergament LLP** to represent the corporation in such bankruptcy case.

Date _2/18/26_                               Signed _DDelMonaco_

Date _____                  Signed _____