UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                                              Chapter 11

Red Rock Industries, Inc.,                                                Case No.

                 Debtor.

-----------------------------------------------------------X

## **CORPORATE OWNERSHIP STATEMENT**

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1073-3 of the Local Rules of Bankruptcy Procedure for the Eastern District of New York, Red Rock Industries, Inc. (the "**Debtor**") the above-captioned Debtor and Debtor-in-Possession, hereby states that there are no corporate equity holders of the Debtor holding ten (10%) percent or more of the issued and outstanding shares of any class of the Debtor's equity interests.

In addition, (a) the Debtor does not own (directly or indirectly) ten (10%) percent or more of any class of a corporation's publicly traded equity interests, (b) the Debtor does not own an interest in any limited partnership, (c) the Debtor does not own an interest in any general partnership, (d) the Debtor does not own an interest in any corporations or limited liability companies.

Pursuant to 28 U.S.C. §1746, I, the undersigned President of the Debtor, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief with reliance upon appropriate corporate officers.

Dated: February 18, 2026                     Red Rock Industries, Inc.

                                                      By: _____
                                                          Domenico Del Monaco, Jr., President