UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                    Chapter 11

Red Rock Industries, Inc.,                                                    Case No.:

                                            Debtor.
-----------------------------------------------------------X

### DEBTOR'S CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO RULE 1073-3 OF THE EASTERN DISTRICT OF NEW YORK
### LOCAL BANKRUPTCY RULES

Pursuant to E.D.N.Y. LBR 1073-3, the undersigned attorneys of record for the above-captioned debtor, Red Rock Industries, Inc., certifies that it has no parent corporation and no publicly held corporation owns ten (10) percent or more of its stock.

Dated: February 18, 2026,
       Garden City, New York

                              Weinberg, Gross & Pergament LLP
                              Proposed Attorneys for Debtor and
                              Debtor-in-Possession Red Rock Industries, Inc.

                              By:_____
                              Marc A. Pergament
                              400 Garden City Plaza, Suite 309
                              Garden City, New York  11530
                              (516) 877-2424